

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

MANESH G. PATEL ET AL,                                      No. 08-25-00122-CV

§

        Appellant,                                   Appeal from the

§

v.                                                           216th District Court

§

GILLESPIE CENTRAL APPRAISAL                                  of Gillespie County, Texas
DISTRICT,

§

           (TC# 23-17540)

        Appellee.                                    §

§

## M E M O R A N D U M   O P I N I O N

Appellant Manesh G. Patel Et Al's brief was due on June 29, 2025. *See* Tex. R. App. P. 38.6(a) (governing time to file briefs). On July 15, 2025, the Clerk of this Court notified Appellant that this appeal would be dismissed for want of prosecution if no motion for extension of time or brief accompanied by a motion for extension of time was received by July 25, 2025. *See* Tex. R. App. P. 10.5(b) (governing motions), 38.8(a)(1) (authorizing dismissal for want of prosecution in a civil appeal if an appellant fails to timely file a brief); 42.3(b) (authorizing involuntary dismissal for want of prosecution). To date, we have received no response. We dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b), 43.2(f).

MARIA SALAS MENDOZA, Chief Justice

July 31, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.